# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

160092-4(25)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

WILLIAM ALLEN WOLTER,
          Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160092, 160093, 160094
COA: 347910, 347911, 347912
Calhoun CC: 2017-000336-FC,
          2017-000337-FC,
          2017-002497-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplement with attachments is GRANTED. The supplement with attachments submitted on December 26, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020



Clerk